# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. M. DANIELS II, | CASE NO. 1:09-cv-01156-OWW-SMS PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE IN FULL OR FILE APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| v. | |
| D. LOPEZ, et al., | (Doc. 7) |
| Defendants. | |

Plaintiff L. M. Daniels II, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 24, 2009. On July 15, 2009, Plaintiff was ordered to either pay the $350.00 filing fee in full or file an application to proceed in forma pauperis within thirty days. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the court's order.

This action cannot proceed without either the payment of the filing fee or an order granting leave to proceed in forma pauperis. In light of Plaintiff's failure to pay the fee or move for leave to proceed in forma pauperis, this action is HEREBY ORDERED DISMISSED, without prejudice.

IT IS SO ORDERED.

**Dated:   October 22, 2009**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

1